UNITED STATES of America, Plaintiff–Appellee,

v.

Lucano NUNEZ–CORREA, Defendant–Appellant.

No. 10–10377.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 19, 2011.*

Filed Dec. 21, 2011.

Bruce M. Ferg, Assistant U.S. Attorney, USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Francisco Leon, Esquire, Tucson, AZ, for Defendant–Appellant.

Lucano Nunez–Correa, pro se.

Before: GOODWIN, WALLACE, and McKEOWN, Circuit Judges.

MEMORANDUM **

Lucano Nunez–Correa appeals from his guilty-plea conviction and the 51–month sentence for illegal re-entry after deporta-

---

tion, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Nunez–Correa's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Nunez–Correa filed a pro se supplemental brief, contending that the district court erred in applying a 16–level crime of violence enhancement under U.S.S.G. § 2L1.2(b)(1)(A)(ii). The government has filed an answering brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal. We dismiss in light of the valid appeal waiver. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

